IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

R. WAYNE JOHNSON                                                    PLAINTIFF
#282756

V.                         CASE NO. 4:20-cv-00053 JM

LARRY CRANE, *et al*.                                              DEFENDANTS

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court certifies that an *in forma pauperis* appeal is considered frivolous and not in good faith.

DATED this 15th day of January, 2020.

_____
UNITED STATES DISTRICT JUDGE